### Commonwealth *v.* McDaniels, Appellant.

Argued March 24, 1972.

*James B. Crummett,* submitted a brief for appellant; *Maxine J. Stotland,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.